**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kilo Sports, Inc., <br><br>         Plaintiff, <br><br>  v. <br><br> Bruce W. Kneller, al., <br><br>         Defendants. <br><br>――――――――――――――――― <br><br> Bruce W. Kneller, <br><br>         Counterclaimant, <br><br> vs. <br><br> Kilo Sports, Inc., and Martin McDermott, et al., <br><br>         Counterdefendant and Third Party Defendants. <br><br>――――――――――――――――― | No. CV-05-1662-PHX-SMM <br><br> **ORDER TO SHOW CAUSE** |

A Rule 16 hearing was previously scheduled to take place in this case on April 12, 2006. (Dkt. 26.) In connection with the Rule 16 hearing, the Court specifically ordered counsel for all parties to "<u>jointly</u> <u>file</u> their Proposed Case Management Plan" not less than five business days before the Rule 16 hearing. (Dkt. 24 at 5, original emphasis.)

1    On April 5, 2006, the Court received a Proposed Case Management Plan submitted
2 by Defendant/Counterclaimant Bruce Kneller ("Kneller") alone. (Dkt. 30.) According to
3 counsel for Kneller, Gove L. Allen, counsel for Third Party Defendant Martin McDermott
4 ("McDermott") (dkt. 19), has indicated in telephone calls that he represents both McDermott
5 and Plaintiff/Counterdefendant Kilo Sports, Inc. ("Kilo") in the present case, but Mr. Allen
6 has failed to file a notice of appearance with respect to Kilo. (Dkt. 30 at 1-2.) Counsel for
7 Kneller further represented that he and Mr. Allen conferred pursuant to Rule 26(f) in
8 February 2006, but Mr. Allen failed to cooperate in preparing the Proposed Case
9 Management Plan. (Dkt. 30 at 1.)

10   On April 7, 2006, counsel for Kneller filed a notice stating that the parties had
11 reached a "global settlement in principle," time was needed to finalize the settlement, and the
12 parties stipulated to vacating the Rule 16 conference. (Dkt. 31.) As a result, on April 10,
13 2006, the Court vacated the Rule 16 hearing, and ordered the parties to file a stipulated
14 motion for dismissal with prejudice by May 12, 2006. (Dkt. 32.) In addition, counsel for all
15 parties were ordered to appear on May 16, 2006 at 3:30 p.m. for a settlement status
16 conference. (Id.) Finally, pursuant to Licht v. America West Airlines, 40 F.3d 1058 (9th Cir.
17 1994), the Court ordered Kilo to file a notice of appearance of counsel. (Id. at 1-2.)

18   On May 16, 2006, the Court held a settlement status conference in the present case,
19 pursuant to its April 10th Order. Counsel for Kneller appeared and explained that no
20 settlement has been effectuated because he has been unable to reach Mr. Allen. To date,
21 counsel for Kilo has failed to file a notice of appearance.

22   Accordingly,

23   **IT IS HEREBY ORDERED** that **Gove L. Allen shall appear in person before the**
24 **Court at 11:00 a.m. on June 5, 2006** to show good cause:

25   (1)   Why he has stated that he represents Kilo Sports, Inc. in the present case but
26         has failed to file a notice of appearance with respect to such representation, as
27         required by the Court's April 10 Order (see Dkt. 32) and LRCiv 83.3(a) of the
28         Rules of Practice of the United States District Court for the District of Arizona.

- 2 -

1     (2)    Why he failed to cooperate in preparing the Proposed Case Management Plan,
2             as required by the Court's Order of January 17, 2006. See Dkt. 24.
3     (3)    Why he failed to appear at the settlement status conference held on May 16,
4             2006 at 3:30 p.m., as required by the Court's April 10 Order. See Dkt. 32.
5     (4)    Why Kilo Sports, Inc.'s complaint should not be dismissed for failure to
6             prosecute or failure to comply with the Federal Rules of Civil Procedure and
7             orders of this Court. See Fed.R.Civ.P. 41(b).

8     **IT IS FURTHER ORDERED** that the Clerk of Court shall serve copies of this Order
9 on all counsel of record.

10     DATED this 22nd day of May, 2006.

_____
Stephen M. McNamee
United States District Judge